IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | CR 15-155-1 |
| MORGAN CULBERTSON ) | |
| ) | |
| ) | |
| Defendant ) | |

**HEARING ON**  Waiver of Indictment & Plea to Information

Before  Maurice B. Cohill, Jr.

| | |
|---|---|
| Jimmy Kitchen, AUSA. | Emily McNally, Esquire |
| Appear for Plaintiff | Appear for Defendant |

Hearing Begun:   8/25/15   11:05 p.m.          Court Reporter:  Sandy Wenger

Concluded:                11:50 p.m.             Law Clerk:

**Witnesses**

Defendant Sworn, found competent.  Defendant waives right to Indictment; signs endorsement. Plea colloquy conducted. Plea accepted. Judgment of guilt entered as to the charge in the Superseding Information. Presentence Report ordered. Sentencing set for 12/2/15 at 11:00 AM. Defendant released on $10,000 Unsecured Appearance Bond with Conditions of Release.